| | | |
|---|---|---|
| 1 | Richard D. McCune (State Bar. No. 132124)<br>E-mail: rdm@mccunewright.com | John A. Yanchunis (FL State Bar No. 324681)*<br>E-mail: JYanchunis@ForThePeople.com |
| 2 | David C. Wright (State Bar No. 177468)<br>E-Mail: dcw@mccunewright.com | Rachel Soffin (FL State Bar No. 0018054)*<br>E-mail: RSoffin@ForThePeople.com |
| 3 | Jae (Eddie) K. Kim (State Bar No. 236805)<br>E-mail: jkk@mccunewright.com | **MORGAN & MORGAN** |

1  Richard D. McCune (State Bar. No. 132124)
   E-mail: rdm@mccunewright.com
2  David C. Wright (State Bar No. 177468)
   E-Mail: dcw@mccunewright.com
3  Jae (Eddie) K. Kim (State Bar No. 236805)
   E-mail: jkk@mccunewright.com
4  **MCCUNEWRIGHT LLP**
   2068 Orange Tree Lane, Suite 216
5  Redlands, California 92374
   Telephone: (909) 557-1250
6   Fax: (909) 557-1275

7  Michael W. Sobol (State Bar No. 194857)
   E-mail: msobol@lchb.com
8  Roger Heller (State Bar No. 215348)
   E-mail: rheller@lchb.com
9  Kristen Law Sagafi (State Bar No. 222249)
   E-mail: ksagafi@lchb.com
10 **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
11 275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
12 Telephone: (415) 956-1000
    Fax: (415) 956-1008
13
14 Jason L. Lichtman (*Pro Hac Vice*)
   E-mail: jlichtman@lchb.com
15 **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
16 250 Hudson Street, 8th floor
   New York, NY 10013-1413
17 Telephone: (212) 355-9500
   Fax: (212) 355-9592
18

   John A. Yanchunis (FL State Bar No. 324681)*
   E-mail: JYanchunis@ForThePeople.com
   Rachel Soffin (FL State Bar No. 0018054)*
   E-mail: RSoffin@ForThePeople.com
   **MORGAN & MORGAN**
   201 N. Franklin Street, 7th Floor
   Tampa, Florida, 33602
   Telephone: (813) 223-5505
   Fax: (813) 222-4738

   Steven W. Teppler (FL State Bar No. 14787)*
   E-mail: steppler@abbottlawpa.com
   **ABBOTT LAW GROUP P.A**.
   2929 Plummer Cove Road Jacksonville, FL 32223
   Telephone: (904) 292-1111
   Facsimile: (904) 292-1220

   Joel R. Rhine (NC State Bar No. 16028)*
   E-Mail: jrr@rhinelawfirm.com
   **RHINE LAW FIRM, P.C.**
   1612 Military Cutoff Road, Ste. 300
   Wilmington, NC 28403
   Telephone: (910) 777-7651
   Facsimile: (910) 772-9062

   *Pro Hac Vice* Applications to be submitted
   *Attorneys for Plaintiffs and the Putative Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINE DIAZ and MICHELLE FUGATT, on behalf of themselves and all others similarly situated,<br><br>                            Plaintiffs,<br>v.<br>INTUIT, INC., and DOES 1 though 100, inclusive,<br><br>                            Defendants. | Case No. 5:15-CV-01778-EJD<br><br>NOTICE OF APPEARANCE OF KRISTEN LAW SAGAFI |

1259336.1

NOTICE OF APPEARANCE OF
KRISTEN LAW SAGAFI
CASE NO. 5:15-CV-01778-EJD

1    TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2    PLEASE TAKE NOTICE that Kristen Law Sagafi of Lieff Cabraser Heimann &

3  Bernstein, LLP hereby enters her appearance as counsel of record for Plaintiffs Christine Diaz and

4  Michelle Fugatt in the above-captioned matter.

5  Dated: June 1, 2015                    Respectfully submitted,

6                                          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

8                                          By: */s/ Kristen Law Sagafi*
                                               Kristen Law Sagafi
9
                                           *Attorneys for Plaintiff*