# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Diaz and Michelle Fugatt, on behalf of themselves and all others similarly situated        Plaintiff(s), <br><br> v. <br><br> Intuit, Inc. and DOES 1-100, inclusive <br><br>                                         Defendant(s). | Case No: 5:15-cv-01778 EJD <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, __Joel Robert Rhine__, an active member in good standing of the bar of __North Carolina__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __the Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Michael W. Sobol__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1612 Military Cutoff Road, Suite 300 <br> Wilmington, NC 28403 | 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 |
| MY TELEPHONE # OF RECORD: <br> (910) 772-9960 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 956-1000 |
| MY EMAIL ADDRESS OF RECORD: <br> JRR@rhinelawfirm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> msobol@lchb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __16028__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 8.14.15

                                                                          APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Joel Robert Rhine__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/18/2015

                                                                          UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                               *October 2012*