RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
SONGMEE L. CONNOLLY (CSB No. 228555)
sconnolly@fenwick.com
ANGEL CHIANG (CSB No. 280546)
achiang@fenwick.com
HAILEY C. TETON (CSB No. 294262)
hteton@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUIT DATA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 15-CV-01778-EJD<br><br>**DECLARATION OF RODGER R. COLE IN SUPPORT OF: (1) MOTION TO COMPEL ARBITRATION; AND (2) MOTION TO DISMISS PURSUANT TO RULE 12(B)(1) AND RULE 12(B)(6)**<br><br>Date: February 18, 2016<br>Time: 9:00 a.m.<br>Location: Courtroom 4, 5th floor<br>Judge: The Hon. Edward J. Davila |

COLE DECL. ISO MOTION TO COMPEL
ARBITRATION AND MOTION TO DISMISS

Master Docket No. 15-CV-01778-EJD

# DECLARATION OF RODGER R. COLE

I, Rodger R. Cole, declare as follows:

1. I am an attorney admitted to practice before this Court and am a partner at Fenwick & West LLP, counsel for Defendant Intuit Inc. ("Intuit") in the above-captioned action. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, could and would testify competently as to the matters set forth herein.

2. I submit this declaration in support of Intuit's Motion to Compel Plaintiffs Knoch, Lebinski, Siegel, Stock, and Williams to Arbitration and to Stay Their Proceedings ("Motion to Compel Arbitration") and Intuit's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint Pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Motion to Dismiss") (collectively, the "Motions").

3. Attached as **Exhibit A** (with numbered subparts 1-26) are true and correct copies of printouts of the 26 respective URLs referenced and cited in the Consolidated Amended Complaint ("CAC"). For ease of reference, I have indicated on each slip sheet (between each printout) the complete URL and corresponding citation reference(s) in the CAC.

4. Attached as **Exhibit B** is a true and correct copy of IRS Publication 1345 ("Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns"), which is publicly available on the IRS website at: https://www.irs.gov/pub/irs-pdf/p1345.pdf.

5. Attached as **Exhibit C** is a true and correct copy of IRS Publication 3112 ("IRS e-file Application and Participation"), which is publicly available on the IRS website at: https://www.irs.gov/pub/irs-pdf/p3112.pdf.

6. Attached as **Exhibit D** is a true and correct copy of the complaint (obtained from ECF) in *Welborn, et al. v. Internal Revenue Service, et al.*, Case No. 1:15-cv-01352-RMC (D.D.C., filed Aug. 20, 2015).

7. Attached as **Exhibit E** is a true and correct copy of the complaint (obtained from ECF) filed in *Krippendorf v. United States of America, Office of Personnel Management et al.*, Case No. 1:15-cv-01321-ABJ (D.D.C., filed Aug. 14, 2015).

8. Attached as **Exhibit F** is a true and correct copy of the Initial Practice and

Procedure Order (obtained from ECF) filed by the court in *In re: U.S. Office of Personnel Management Data Security Breach Litigation*, 1:15-mc-01394-ABJ; MDL Docket No. 2664 (D.D.C., filed Nov. 10, 2015), indicating that as of November 10, 2015, sixteen separate actions relating to the alleged data breach at the United States Office of Personnel Management were originally filed in the United States District Court for the District of Columbia or were transferred or removed to that court, and were consolidated for pretrial purposes. The above Exhibit E is an example of one of these actions.

9. Attached as **Exhibit G** is true and correct copy of the complaint (obtained from ECF) filed in *Knoch v. Intuit Inc.*, Case No. 1:15-cv-03650 (N.D. Ill., filed Apr. 24, 2015) ("*Knoch* Complaint").

10. Attached as **Exhibit H** is a true and correct copy of the California Senate Committee's Bill Analysis for Assembly Bill 1950 set for hearing on June 29, 2004 (cited as Sen. Com. on Judiciary, Analysis of Assem. Bill No. 1950 (2003-2004 Reg. Sess.) as amended, May 25, 2004).

11. Attached as **Exhibit I** are true and correct copies of the Arbitration Demand filed on or about May 1, 2015, and the First Amended Arbitration Demand filed on or about August 20, 2015, by Kathrin Donovan and Justin Donovan with the American Arbitration Association. In accordance with the TurboTax Online Terms of Service the Donovans entered into with Intuit, Intuit has agreed to pay for the arbitration costs. The parties agreed to proceed with the arbitration on the papers without a formal hearing. The parties have completed their briefing and Intuit anticipates a decision from the arbitrator in early December.

12. Attached as **Exhibit J** is a true and correct copy of the petition filed by Richard J. Kelley with the Petition Justice Court, Small Claims, in Dallas County, Texas on or about April 22, 2015.

13. Attached as **Exhibit K** is a true and correct copy of a document prepared at my direction comparing certain provisions of the "Intuit Terms of Service for TurboTax Online Tax

Preparation Services – Tax Year 2013" (the "TY13 TTO TOS")[1] with certain provisions in the agreements at issue in *AT&T Mobility LLC v. Concepcion*, 563 U.S. 333 (2011) and *Coneff v. AT&T Corp.*, 673 F.3d 1155 (9th Cir. 2012).

14. Attached as **Exhibit L** is a true and correct copy of IRS Commissioner John Koskinen's October 20, 2015 Remarks at a Security Summit Press Briefing, which is publicly available on the IRS website at: https://www.irs.gov/PUP/newsroom/Commissioner_Koskinen_Security_Summit_press_remarks_October_2015.pdf.

15. Attached as **Exhibit M** is a true and correct copy of IRS Commissioner John Koskinen's June 11, 2015 Press Remarks regarding the IRS Security Summit, which is publicly available on the IRS website at: https://www.irs.gov/uac/Newsroom/IRS-Commissioner-John-Koskinen-Press-Remarks-on-2015-Security-Summit.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was executed on December 1, 2015, at Mountain View, California.

*/s/ Rodger R. Cole*
Rodger R. Cole

---

[1] A copy of the TY13 TTO TOS is attached as Exhibit 2 to the Declaration of Claudine R.L. Co in Support of: (1) Motion to Compel Arbitration; and (2) Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6) ("Co Decl."), filed concurrently herewith.