| | |
|---|---|
| Michael W. Sobol (SBN 194857) | Rodger R. Cole (SBN 178865) |
| msobol@lchb.com | rcole@fenwick.com |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | Songmee L. Connolly (SBN 228555) |
| | sconnolly@fenwick.com |
| 275 Battery Street, 29th Floor | Sean S. Wikner (SBN 268319) |
| San Francisco, CA  94111-3339 | swikner@fenwick.com |
| 415.956.1000 | Angel Chiang (SBN 280546) |
| | achiang@fenwick.com |
| Steven W. Teppler (*pro hac vice*) | Hailey Teton (SBN 294262) |
| steppler@abbottlawpa.com | hteton@fenwick.com |
| ABBOTT LAW GROUP, P.A. | FENWICK & WEST LLP |
| 2929 Plummer Cove Road | Silicon Valley Center |
| Jacksonville, FL  32223 | 801 California Street |
| 904.292.1111 | Mountain View, CA 94041 |
| | 650.988.8500 |
| Joseph J. Siprut (*pro hac vice*) | |
| jsiprut@siprut.com | *Attorneys for Defendant Intuit Inc.* |
| SIPRUT, PC | |
| 17 North State Street, Suite 1600 | |
| Chicago, IL  60602 | |
| 312.236.0000 | |

Ariana J. Tadler (*pro hac vice*)
atadler@milberg.com
MILBERG, LLP
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
212.946.9453

Mark S. Goldman (*pro hac vice*)
goldman@lawgsp.com
GOLDMAN SCARLATO & PENNY, P.C.
Eight Tower Bridge
161 Washington Street, Suite 1025
Conshohocken, PA  19428
484.342.0700

*Attorneys for Plaintiffs and the Proposed Class*
*Additional Counsel listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTUIT DATA LITIGATION | Master Docket No.  15-CV-1778-EJD |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **JOINT STATUS REPORT REGARDING MEDIATION** |

The parties respectfully submit this Joint Status Report pursuant to the Court's Stipulated Order Continuing ADR Deadline (Dkt. 58), pursuant to which the parties were to provide the Court with a report regarding mediation. The parties report as follows: On December 7, 2015, the parties engaged in mediation with the Honorable Edward A. Infante (Ret.) of JAMS in San Francisco, but were not able to reach a resolution.

Dated:  December 15, 2015        Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   */s/ Michael W. Sobol*

Michael W. Sobol (msobol@lchb.com)
Melissa A. Gardner (mgardner@lchb.com)
275 Battery Street, 29th Floor
San Francisco, CA 94111
415.956.1000

Jason L. Lichtman (jlichtman@lchb.com)
250 Hudson, 8th Floor
New York, NY 10003
212.355.9500

Dated: December 15, 2015         ABBOTT LAW GROUP P.A.

By:   */s/ Steven W. Teppler*

Steven W. Teppler (FL SBN 14787)
steppler@abbottlawpa.com
2929 Plummer Cove Road
Jacksonville, FL  32223
904.292.1111

Dated: December 15, 2015         GOLDMAN SCARLATO & PENNY, P.C

By:   */s/ Mark S. Goldman*

Mark S. Goldman (goldman@lawgsp.com)
Paul J. Scarlato (scarlato@lawgsp.com)
Brian Douglas Penny (penny@lawgsp.com)
Eight Tower Bridge
161 Washington Street, Suite 1025
Conshohocken, PA  19428
484.342.0700

Dated: December 15, 2015        MILBERG LLP

                                By:  */s/ Ariana J. Tadler*

                                    Ariana J. Tadler (atadler@milberg.com)
                                    Andrei Rado (arado@milberg.com)
                                    Carey Alexander (calexander@milberg.com)
                                    One Pennsylvania Plaza, 49th Floor
                                    New York, NY  10119
                                    212.946.9453

Dated: December 15, 2015        SIPRUT, PC

                                By:  */s/ Joseph J Siprut*

                                    Joseph J Siprut (jsiprut@siprut.com)
                                    Michael Loren Silverman (msilverman@siprut.com)
                                    17 North State Street, Suite 1600
                                    Chicago, IL 60602
                                    312.236.0000

                                AHDOOT & WOLFSON, P.C.

                                    Tina Wolfson (twolfson@ahdootwolfson.com)
                                    Ted Maya (tmaya@ahdootwolfson.com)
                                    1016 Palm Avenue
                                    West Hollywood, CA 90069
                                    310.474.9111

                                BERMAN DEVALERIO

                                    Todd Anthony Seaver (tseaver@bermandevalerio.com)
                                    One California Street, Suite 900
                                    San Francisco, CA 94111
                                    415.433.3200

GUSTAFSON GLUEK PLLC

    Daniel E. Gustafson (dgustafson@gustafsongluek.com)
    Daniel C. Hedlund (dhedlund@gustafsongluek.com)
    Eric S. Taubel (etaubel@gustafsongluek.com)
    Canadian Pacific Plaza
    120 South 6th Street, Suite 2600
    Minneapolis, MN 55402
    612.333.8844

HAMMONDLAW, PC

    Julian Ari Hammond (jhammond@hammondlawpc.com)
    1180 S. Beverly Drive, Suite 601
    Los Angeles, CA 90035
    310.601.6766

    Polina Pecherskaya (ppecherskaya@hammondlawpc.com)
    Ari Nathan Cherniak (acherniak@hammondlawpc.com)
    1829 Reisterstown Road, Suite 410
    Baltimore, MD 21208
    310.601.6766

JONES WARD PLC

    Jasper Ward (jasper@jonesward.com)
    312 South Fourth Street, 6th Floor
    Louisville, KY 40202
    502.882.6000

LAW OFFICES OF PAUL WHALEN PC

    Paul C. Whalen
    768 Plandome Road
    Manhasset, NY 11030
    516.627.5610

LITE DEPALMA GREENBERG LLC

    Katrina Carroll (kcarroll@litedepalma.com)
    Kyle Alan Shamberg (kshamberg@litedepalma.com)
    211 W. Wacker Drive, Suite 500
    Chicago, IL 60606
    312.750.1265

MCCUNE WRIGHT LLP

    Richard D. McCune (rdm@mccunewright.com)
    2068 Orange Tree Lane, Suite 216
    Redlands, CA 92374
    909.557.1250

MORGAN AND MORGAN, P.A.

John A. Yanchunis (jyanchunis@forthepeople.com)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
813.275.5272

RHINE LAW FIRM, P.C

Joel R. Rhine (jrr@rhinelawfirm.com)
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
910.777.7651

*Attorneys for Plaintiffs and the Proposed Class*

Dated: December 15, 2015        FENWICK & WEST LLP


By:   */s/ Rodger R. Cole*
Rodger R. Cole (rcole@fenwick.com)
801 California Street
Mountain View, CA 94041
650.988.8500

*Attorneys for Defendant Intuit Inc.*


**ATTESTATION**

I, Michael W. Sobol, am the ECF user whose identification and password are being used to file this document. I hereby attest that Rodger R. Cole has concurred in this filing.


Dated: December 15, 2015        By:  /s/ Michael W. Sobol
                                     Michael W. Sobol