Michael W. Sobol (SBN 194857)
msobol@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

Steven W. Teppler (*pro hac vice*)
steppler@abbottlawpa.com
ABBOTT LAW GROUP, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
Telephone: 904.292.1111

Joseph J. Siprut (*pro hac vice*)
jsiprut@siprut.com
SIPRUT PC
17 North State Street, Suite 1600
Chicago, IL 60602
Telephone: 312.236.0000

Ariana J. Tadler (*pro hac vice*)
atadler@milberg.com
MILBERG, LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: 212.946.9453

Mark S. Goldman (*pro hac vice*)
goldman@lawgsp.com
GOLDMAN SCARLATO & PENNY, P.C.
Eight Tower Bridge
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Telephone: 484.342.0700

*Attorneys for Plaintiffs and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE INTUIT DATA LITIGATION | Case No. 15-CV-1778-EJD-SVK |
|---|---|
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** | **PLAINTIFF TODD SIEGEL'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREDUDICE** <br><br> **CLASS ACTION** <br><br> Honorable Edward J. Davila |

GRANTED
Judge Edward J. Davila
7/5/2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Todd Siegel hereby dismisses without prejudice all of his claims or causes of action in this action. This voluntary dismissal applies only to Plaintiff Todd Siegel and does not apply to any of the other Plaintiffs in this action. Plaintiff Todd Siegel preserves any rights he may have as a putative class member in this action, including any tolling of the statute of limitations.

Dated: June 28, 2017

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Roger N. Heller*

Michael W. Sobol (msobol@lchb.com)
Roger N. Heller (rheller@lchb.com)
Melissa A. Gardner (mgardner@lchb.com)
275 Battery Street, 29th Floor
San Francisco, CA 94111
415.956.1000

ABBOTT LAW GROUP P.A.
Steven W. Teppler (steppler@abbottlawpa.com)
2929 Plummer Cove Road
Jacksonville, FL 32223
904.292.1111

GOLDMAN SCARLATO & PENNY, P.C
Mark S. Goldman (goldman@lawgsp.com)
Eight Tower Bridge
161 Washington Street, Suite 1025
Conshohocken, PA 19428
484.342.0700

MILBERG LLP
Ariana J. Tadler (atadler@milberg.com)
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
212.946.9453

SIPRUT, PC
Joseph J Siprut (jsiprut@siprut.com)
17 North State Street, Suite 1600
Chicago, IL 60602
312.236.0000

1355198.1