| | |
|---|---|
| Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br><br>Steven W. Teppler (*pro hac vice*)<br>steppler@abbottlawpa.com<br>ABBOTT LAW GROUP, P.A.<br>2929 Plummer Cove Road<br>Jacksonville, FL 32223<br>Telephone: 904.292.1111<br><br>Joseph J. Siprut (*pro hac vice*)<br>jsiprut@siprut.com<br>SIPRUT PC<br>17 North State Street, Suite 1600<br>Chicago, IL 60602<br>Telephone: 312.236.0000<br><br>Ariana J. Tadler (*pro hac vice*)<br>atadler@milberg.com<br>MILBERG, LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>Telephone: 212.946.9453<br><br>*Attorneys for Plaintiffs and the Proposed Class* | Rodger R. Cole (SBN 178865)<br>rcole@fenwick.com<br>Angel Chiang (SBN 280546)<br>achiang@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>*Attorneys for Defendant Intuit Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTUIT DATA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL ACTIONS** | Case No. 15-CV-1778-EJD-SVK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE DEADLINE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT**<br><br>Hon. Edward J. Davila |

WHEREAS, on September 29, 2017, the Court entered an Order in this action granting in part and denying in part Defendant Intuit, Inc.'s ("Defendant") Motion To Dismiss Plaintiffs' Second Consolidated Amended Complaint (Dkt. 124; the "MTD Order");

WHEREAS, pursuant to the MTD Order, the Court directed that Plaintiffs Richard Brown and Christine Diaz may file an amended complaint by October 23, 2017 (Dkt. 124 at 11);

WHEREAS, Plaintiffs are working diligently on preparing an amended complaint, and have determined that a modest extension of time would be beneficial and would serve the interests of justice;

WHEREAS, counsel for Plaintiffs have conferred with counsel for Defendant, and the parties have agreed, subject to the Court's approval, to continue the deadline for Plaintiffs to file an amended complaint from October 23, 2017 to November 17, 2017;

WHEREAS, the parties have conferred and agreed to the following briefing schedule for any subsequent motion to dismiss Plaintiffs' Third Consolidated Amended Complaint, or for Defendant to answer should it elect not file a motion to dismiss:

| **Event** | **Proposed Date** |
|---|---|
| Deadline for Plaintiffs to file Third Consolidated Amended Complaint | November 17, 2017 |
| Deadline for Defendant to file any motion to dismiss Third Consolidated Amended Complaint, or to answer if it elects not file a motion to dismiss | December 15, 2017 |
| Deadline for Plaintiffs to file opposition to any motion to dismiss | January 17, 2018 |
| Deadline for Defendant to file reply in support of any motion to dismiss | February 2, 2018 |

WHEREAS, the requested continuance will not affect any other deadlines previously set by the Court;

1 NOW, THEREFORE, the parties hereby stipulate and respectfully request that the
2 deadline for Plaintiffs to file an amended complaint be continued from October 23, 2017, to
3 November 17, 2017, and the Court set a briefing schedule for any subsequent motion to dismiss
4 as outlined above.

6 IT IS SO STIPULATED.

7 Dated: October 18, 2017     Respectfully Submitted,

8     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

9     By: */s/ Roger N. Heller*

11     Michael W. Sobol (msobol@lchb.com)
    Roger N. Heller (rheller@lchb.com)
12     Melissa A. Gardner (mgardner@lchb.com)
    275 Battery Street, 29th Floor
13     San Francisco, CA 94111
    Telephone: 415.956.1000
14     Facsimile: 415.956.1008

15     *Attorneys for Plaintiffs*

16     Respectfully Submitted,
17 Dated: October 18, 2017
    By: */s/ Rodger R. Cole*

19     Rodger R. Cole (SBN 178865)
    rcole@fenwick.com
20     Angel Chiang (SBN 280546)
    achiang@fenwick.com
21     FENWICK & WEST LLP
    Silicon Valley Center
22     801 California Street
    Mountain View, CA 94041
23     Telephone: 650.988.8500
    Facsimile: 650.938.5200
24
25     *Attorneys for Defendant Intuit Inc.*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

Dated: October 19, 2017

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: October 18, 2017  By: */s/   Roger N. Helller*

1376168.2