| | |
|---|---|
| Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br><br>Steven W. Teppler (*pro hac vice*)<br>steppler@abbottlawpa.com<br>ABBOTT LAW GROUP, P.A.<br>2929 Plummer Cove Road<br>Jacksonville, FL 32223<br>Telephone: 904.292.1111<br><br>Joseph J. Siprut (*pro hac vice*)<br>jsiprut@siprut.com<br>SIPRUT PC<br>17 North State Street, Suite 1600<br>Chicago, IL 60602<br>Telephone: 312.236.0000<br><br>Ariana J. Tadler (*pro hac vice*)<br>atadler@milberg.com<br>MILBERG, LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>Telephone: 212.946.9453<br><br>*Attorneys for Plaintiffs and the Proposed Class* | Rodger R. Cole (SBN 178865)<br>rcole@fenwick.com<br>Angel Chiang (SBN 280546)<br>achiang@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>*Attorneys for Defendant Intuit Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTUIT DATA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL ACTIONS** | Case No. 15-CV-1778-EJD-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL**<br><br>Honorable Edward J. Davila |

1  WHEREAS, on September 29, 2017, the Court entered an Order in this action granting Defendant Intuit Inc.'s ("Intuit") Motion To Compel Arbitration (Dkt. 123; "Arbitration Order"), compelling four of the plaintiffs to arbitration;

WHEREAS, on October 27, 2017, Plaintiffs filed a Motion to Certify Order for Interlocutory Appeal under 28 U.S.C. § 1292(b) or, in the alternative, for leave to file a Motion for Reconsideration of the Court's Arbitration Order pursuant to Civil Local Rule 7-9(b)(1) (together, the "Motion for Leave to Appeal");

WHEREAS, Plaintiffs' Motion for Leave to Appeal is currently scheduled to be heard by the Court on February 15, 2018 at 9:00 a.m.;

WHEREAS, Intuit's opposition to the Motion for Leave to Appeal is currently due November 13, 2017, and Plaintiffs' reply is due by November 20, 2017;

WHEREAS, the parties have conferred and have agreed, subject to the Court's approval, to the following modified briefing schedule for filing their opposition and reply briefs:

| **Event** | **Proposed Date** |
|---|---|
| Deadline for Defendant to file Opposition to Plaintiffs' Motion for Leave to Appeal | December 1, 2017 |
| Deadline for Plaintiffs to file reply in support of their Motion for Leave to Appeal | December 22, 2017 |

WHEREAS, the requested modification will not affect any other deadlines previously set by the Court.

NOW, THEREFORE, the parties hereby stipulate and respectfully request that the deadline for Defendant to file an opposition to Plaintiffs' Motion for Leave to Appeal be continued from November 13, 2017 to December 1, 2017, and the deadline for Plaintiffs to file a reply in support of their Motion be continued from November 20, 2017 to December 22, 2017.

IT IS SO STIPULATED.

Dated: November 6, 2017           Respectfully Submitted,

                                  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                  By: */s/   Roger N. Heller*

                                  Michael W. Sobol
                                  Roger N. Heller
                                  Melissa A. Gardner

                                  *Attorneys for Plaintiffs and the Proposed Class*

Dated: November 6, 2017           Respectfully Submitted,

                                  FENWICK & WEST LLP

                                  By: */s/   Rodger R. Cole*
                                  Rodger R. Cole
                                  Angel Chiang

                                  *Attorneys for Defendant Intuit Inc.*


### ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.


Dated: November 6, 2017                         By: */s/   Rodger Cole*
                                                    Rodger R. Cole

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the undersigned hereby orders that the briefing schedule for Plaintiffs' Motion to Certify Order for Interlocutory Appeal be modified as follows: Defendant shall file an opposition by December 1, 2017, and Plaintiffs shall file a reply by December 22, 2017.

**IT IS HEREBY ORDERED.**

Dated: November 7, 2017

_____
Honorable Edward J. Davila
United States District Judge