RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

ALEXIS I. CALOZA (CSB No. 278804)
acaloza@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE INTUIT DATA LITIGATION | Master Docket No. 15-CV-01778-EJD |
|---|---|
|  | **NOTICE OF WITHDRAWAL** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge:    The Hon. Edward J. Davila |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Hailey Teton (CSB No. 294262) is no longer affiliated with Fenwick & West LLP.  For this reason, Defendant Intuit Inc. respectfully requests that Ms. Teton's appearance in this action be withdrawn.  No other change to Defendant's attorneys of record is requested at this time.

Dated:  February 23, 2018              FENWICK & WEST LLP

By: */s/ Rodger R. Cole*
      Rodger Cole

Attorneys for Defendant
INTUIT INC.