Michael W. Sobol (SBN 194857)
msobol@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

Steven W. Teppler (*pro hac vice*)
steppler@abbottlawpa.com
ABBOTT LAW GROUP, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
Telephone: 904.292.1111

Joseph J. Siprut (*pro hac vice*)
jsiprut@siprut.com
SIPRUT PC
17 North State Street, Suite 1600
Chicago, IL 60602
Telephone: 312.236.0000

Ariana J. Tadler (*pro hac vice*)
atadler@milberg.com
MILBERG TADLER PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
Telephone: 212.946.9453

Mark S. Goldman *(pro hac vice)*
goldman@lawgsp.com
GOLDMAN SCARLATO & PENNY, P.C.
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Telephone: 484.342.0700

*Attorneys for Plaintiffs and the Proposed Class*

Rodger R. Cole (SBN 178865)
rcole@fenwick.com
Chieh Tung (SBN 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Alexis Caloza (SBN 278804)
acaloza@fenwick.com
Nair Diana Chang (SBN 287624)
dchang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

*Attorneys for Defendant Intuit Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE INTUIT DATA LITIGATION

THIS DOCUMENT RELATES TO:

**ALL ACTIONS**

Case No. 15-CV-1778-EJD-SVK

**STIPULATION AND [PROPOSED] ORDER TO RESET HEARING DATE FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Honorable Edward J. Davila

WHEREAS, Plaintiffs have reserved a hearing date of August 30, 2018, at 9:00 a.m. for this Court to consider Plaintiffs' anticipated motion for preliminary approval of class action settlement ("Motion");

WHEREAS, Plaintiffs and Intuit Inc. (the "Parties") are presently finalizing the terms of the proposed class action settlement, and expect that the Motion will be filed no later than August 23, 2018;

WHEREAS, the Parties have conferred and agree, and respectfully request that the Court postpone the hearing date to September 27, 2018 at 9:00 a.m.;

WHEREAS, the parties do not expect that this change will impact any other dates already fixed by Court Order;

NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the Court set the deadline for Plaintiffs' motion for preliminary approval of class action settlement as August 23, 2018, and the hearing for the Motion to September 27, 2018 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: July 24, 2018

Respectfully Submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ *Melissa A. Gardner*
Roger N. Heller
Michael W. Sobol
Melissa A. Gardner

*Attorneys for Plaintiffs and the Proposed Class*

Dated: July 24, 2018

Respectfully Submitted,

FENWICK & WEST LLP

By: /s/ *Rodger R. Cole*
Rodger R. Cole
Alexis Caloza
Diana Chang
Chieh Tung

*Attorneys for Defendant Intuit Inc.*

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: July 24, 2018

By: */s/ Rodger R. Cole*
Rodger R. Cole

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the undersigned hereby resets the hearing on Plaintiffs' motion for preliminary approval for class settlement to September 27, 2018 at 9:00 a.m. Plaintiffs shall file the motion on or before August 23, 2018.

**IT IS HEREBY ORDERED.**

Dated: ________________________

________________________________________
Honorable Edward J. Davila
United States District Judge