| | |
|---|---|
| Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000 | Mark S. Goldman (*pro hac vice*)<br>goldman@lawgsp.com<br>GOLDMAN SCARLATO & PENNY, P.C.<br>Eight Tower Bridge, Suite 1025<br>161 Washington Street<br>Conshohocken, PA 19428<br>Telephone: 484.342.0700 |
| Steven W. Teppler (*pro hac vice*)<br>steppler@abbottlawpa.com<br>ABBOTT LAW GROUP, P.A.<br>2929 Plummer Cove Road<br>Jacksonville, FL 32223<br>Telephone: 904.292.1111 | *Attorneys for Plaintiffs and the Proposed Class*<br><br>Rodger R. Cole (SBN 178865)<br>rcole@fenwick.com<br>Chieh Tung (SBN 318963)<br>ctung@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200 |
| Joseph J. Siprut (*pro hac vice*)<br>jsiprut@siprut.com<br>SIPRUT PC<br>17 North State Street, Suite 1600<br>Chicago, IL 60602<br>Telephone: 312.236.0000 | |
| Ariana J. Tadler (*pro hac vice*)<br>atadler@milberg.com<br>MILBERG TADLER PHILLIPS<br>GROSSMAN LLP<br>One Pennsylvania Plaza, Suite 1920<br>New York, NY 10119<br>Telephone: 212.946.9453 | Alexis Caloza (SBN 278804)<br>acaloza@fenwick.com<br>Nair Diana Chang (SBN 287624)<br>dchang@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br><br>*Attorneys for Defendant Intuit Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUIT DATA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL ACTIONS** | Case No. 15-CV-1778-EJD-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET HEARING DATE FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** *MODIFIED*<br><br>Honorable Edward J. Davila |

1     WHEREAS, Plaintiffs have reserved a hearing date of August 30, 2018, at 9:00 a.m. for this Court to consider Plaintiffs' anticipated motion for preliminary approval of class action settlement ("Motion");

    WHEREAS, Plaintiffs and Intuit Inc. (the "Parties") are presently finalizing the terms of the proposed class action settlement, and expect that the Motion will be filed no later than August 23, 2018;

    WHEREAS, the Parties have conferred and agree, and respectfully request that the Court postpone the hearing date to September 27, 2018 at 9:00 a.m.;

    WHEREAS, the parties do not expect that this change will impact any other dates already fixed by Court Order;

    NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the Court set the deadline for Plaintiffs' motion for preliminary approval of class action settlement as August 23, 2018, and the hearing for the Motion to September 27, 2018 at 9:00 a.m.

    IT IS SO STIPULATED.

Dated: July 24, 2018                Respectfully Submitted,

                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                    By: */s/   Melissa A. Gardner*
                                        Roger N. Heller
                                        Michael W. Sobol
                                        Melissa A. Gardner

                                    *Attorneys for Plaintiffs and the Proposed Class*

Dated: July 24, 2018                Respectfully Submitted,

                                    FENWICK & WEST LLP

                                    By: */s/   Rodger R. Cole*
                                        Rodger R. Cole
                                        Alexis Caloza
                                        Diana Chang
                                        Chieh Tung

                                    *Attorneys for Defendant Intuit Inc.*

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: July 24, 2018            By: */s/ Rodger R. Cole*
                                                     Rodger R. Cole

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the undersigned hereby resets the hearing on Plaintiffs' motion for preliminary approval for class settlement to ~~September 27~~ October 4, 2018 at 9:00 a.m. Plaintiffs shall file the motion on or before August 23, 2018. The deadline for filing a joint status conference statement and the August 30, 2018 conference are VACATED.

**IT IS HEREBY ORDERED.**

Dated: July 25, 2018

Honorable Edward J. Davila
United States District Judge