Mark S. Goldman (*pro hac vice*)
goldman@lawgsp.com
GOLDMAN SCARLATO & PENNY, P.C.
Eight Tower Bridge
161 Washington Street, Suite 1025
Conshohocken, PA  19428
Tel:  (484) 342-0700

*Counsel for Plaintiff Jim Lebinski and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE INTUIT DATA LITIGATION | Master Docket No. 15-CV-1778-EJD-SVK |
|---|---|
| THIS DOCUMENT RELATED TO:<br><br>**ALL ACTIONS** | **DECLARATION OF MARK S. GOLDMAN** |

I, Mark S. Goldman, declare as follows:

1. I am a member in good standing of the Pennsylvania State Bar and a shareholder in the law firm of Goldman Scarlato & Penny, P.C. ("GSP"), counsel for the plaintiff James Lebinski and the proposed class in this Action.  I am a member of the Executive Committee in these proceedings.  I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. I am a 1986 graduate of the University of Kansas School of Law.  I have practiced in Pennsylvania since 1986, with the firms Rudoph Seidner Goldstein Rochestie & Salmon, Spector & Roseman, Weinstein Kitchenoff Scarlato & Goldman ("WKSG"), Goldman Scarlato Karon & Penny ("GSKP"), and Goldman Scarlato & Penny, P.C. Since 1986, I have almost exclusively represented plaintiffs in consumer fraud, securities fraud and antitrust, price-fixing

-1-

actions. I was a founding partner of WKSG, GSKP and GSP, and I have served as plaintiffs' counsel and lead counsel in numerous nationwide class action cases.

3. Attached hereto as **Exhibit A** is a true and correct copy of GSP's firm resume, which describes the firm's experience in class action cases.

4. GSP attorneys have litigated hundreds of class actions and have helped recover billions of dollars for class members.

5. GSP attorneys have considerable experience in data breach class action cases. For example, GSP served on both the Complaint and Briefing Committees in *In re Target Corporation Customer Data Security Breach Litigation,* MDL No. 2522 (D. Minn.). In that capacity, GSP collaborated with other attorneys to create a 600+ page memorandum surveying potential claims in data breach class actions in all 50 states and also drafted sections of the master amended complaint. GSP also helped to successfully defend the sufficiency of those allegations by briefing sections of the opposition to Target's motion to dismiss.

6. GSP attorneys also serve on the Plaintiffs' Steering Committee in *In re Community Health Systems, Inc., Consumer Security Data Breach Litigation,* MDL No 2595 (N.D. Ala.). GSP serves as Chair of the Plaintiff Selection Committee, which was charged with vetting more than 200 potential plaintiffs and organizing discovery issues related to those parties. GSP was also called on to help draft the master amended complaint and was involved in briefing and discovery tasks.

7. As counsel for twenty-one of the named plaintiffs selected to serve as class representatives in *In re Anthem, Inc. Data Breach Litigation,* Case No. 15-MD-02617-LHK (N.D. Cal.), I personally prepared and defended over two dozen witnesses for their class

certification depositions.  Settlement of this action led to the largest recovery in any data breach class action to date.

8.  GSP attorneys also serve or served as sole lead counsel in two additional data breach cases: *Leibovic v. United Shore Financial Services, LLC,* Case No. 15-cv-12639-VAR-MKM (D. Mich.) and *Christine Collins, Paulette Moreland and Kathryn Strickland v. Athens Orthopedic Clinic, P.A.,* Case No. SU-17-CV-0089 (Sup. Ct. Athens-Clarke Cty, GA).

9.  In connection with our investigation of the *Anthem* data breach litigation, a number of victims and plaintiffs in that case reported to GSP attorneys that they experienced a very serious form of identity theft; the filing of fraudulent tax returns in their names.  Before filing our initial complaint in this matter, *Lebinski v. Intuit, Inc*., Case No. 5:15-cv-02209-EJD (N.D. Cal.), GSP attorneys thoroughly investigated the personal reports of fraudulent tax filings, and the wide-spread nature of this problem.  GSP attorneys confirmed that the fraudulent return filed in Mr. Lebinski's name was made using Turbo Tax software.  We investigated the types of legal claims that could be brought as this was not a typical data breach case.  We also researched whether an arbitration clause applied, and where the case should be brought.

10.  Based on my experience as an active member of the Executive Committee in this litigation, the hard fought nature of the litigation and in particular the court's ruling with respect to Defendant's motion to send most class members claims into arbitration, as well as my experience in other litigation involving the loss of personal data, I believe that the proposed settlement in this litigation reflects a very fair and reasonable compromise.

I declare, under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of August, 2018 in Conshohocken, Pennsylvania.

                    /s/ Mark S. Goldman
                    Mark S. Goldman

# EXHIBIT A

**GOLDMAN SCARLATO & PENNY, P.C.**
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
(484) 342-0700

GOLDMAN SCARLATO & PENNY, P.C. is a Pennsylvania-based plaintiff's rights and class action law firm. Our lawyers have dedicated their careers to vindicating the rights of ordinary people victimized by corporate misconduct, deceptive consumer practices, or who have suffered harm as a result of defective medical devices and dangerous drugs. We level the playing field for our clients by combining their voices with hundreds or thousands of others, and provide top-flight legal representation that matches the skill and expertise of the nation's largest defense law firms. Goldman Scarlato & Penny, P.C. prosecutes securities fraud, antitrust, and consumer fraud class actions, as well as mass actions on behalf of those injured by defective medical devices and dangerous drugs throughout the U.S. The Firm's lawyers have recovered hundreds of millions of dollars on behalf of their clients.

The Firm has played prominent roles in numerous noteworthy and ground-breaking cases. Just by way of example, the Firm has fought for individuals whose most sensitive and private data was compromised in *In re Anthem, Inc. Data Breach Litigation* ($115 million settlement on behalf of healthcare patients), and *In re Target Corporation Customer Data Security Breach Litig.* ($10 million settlement fund on behalf of consumers). It has fought to enforce the nation's antitrust laws and ensure a level competitive playing field in cases such as *In re Air Cargo Antitrust Litigation* (settlements of over $1 billion), *In re Vitamins Antitrust Litigation* (settlements of over $1.7 billion), *In re Brand Name Prescription Drugs Antitrust Litigation* (settlements of approximately $700 million), and *Logue v. West Penn Multi-Listing Service* ($2.75 million settlement on behalf

of consumers), and it successfully challenged businesses that misrepresented their products to consumers in *Mirakay v. Dakota Growers Pasta Co.* (settlement valued at over $23 million). In addition, the Firm has fought to protect investors and enforce the nation's securities laws in cases such as *In re Broadcom Securities Litigation* (settlement of $150 million), and *AOL Time Warner Securities Litigation*, (settlement of over $2.5 billion for investors). The Firm has also played important roles in difficult and cutting-edge cases involving issues important to the public in cases such as *In Re NHL Concussion Litigation* (D. Minn. 2014) (alleging league failed to protect players from known risks of concussions).

### THE FIRM'S PARTNERS

**MARK S. GOLDMAN.**   Since 1986, Mark Goldman has concentrated his practice in many different types of complex litigation, including cases involving violations of the federal securities and antitrust laws and state consumer protection statutes. Mr. Goldman served as co-lead counsel in a number of class actions brought against life insurance companies, challenging the manner in which premiums are charged during the first year of coverage. In the antitrust field, Mr. Goldman litigated several cases that led to recoveries exceeding $1 billion each, for the benefit of the consumers and small businesses he represented, including *In re Air Cargo Antitrust Litigation,* Case No. 06-MD-1775 (E.D.N.Y. 2016), *In re Vitamins Antitrust Litigation,* MDL No. 1285 (D.D.C. 1999), *In re NASDAQ Antitrust Litigation,* Case No. 94-cv-3996 (S.D.N.Y. 1994), and *In re Brand Name Prescription Drugs Antitrust Litigation,* Case No. 94-c-897 (N.D. Ill. 1994). Mr. Goldman currently represents numerous victims of identity theft seeking to hold accountable companies that failed to protect the safety of private data maintained on their networks, including *In re Community Health Systems, Inc. Customer Data Security Breach Litigation*, 15-cv-222 (N.D.

Ala. 2015), *In re Anthem, Inc. Data Breach Litigation*, Case No. 15-MD-02617-LHK (N.D. Cal. 2015), *In re Intuit Data Litigation*, 15-cv-1778 (N.D. Cal. 2015), *In re Medical Informatics Engineering, Inc. Customer Data Security Breach Litigation,* MDL No. (N.D. Ind. 2015) and *Collins v. Athens Orthopedic Clinic, P.A*., *(*Athens-Clarke Cty, Ga 2017*).* In the area of securities litigation, Mr. Goldman played a prominent role in class actions brought under the antifraud provisions of the Securities Exchange Act of 1934, including *In re Nuskin Enterprises, Inc. Securities Litigation,* Master File No. 2:14-cv-00033 (D. Utah 2014), *In Re: Spectrum Pharmaceuticals, Inc. Securities Litigation*, Case No. 2:13-cv-00433 (D. Nev. 2013), and *In re Omnivision Technologies, Inc. Litigation*, Case No.: 5:11-cv-05235 (N.D. Cal. 2011) and under the provisions of the Securities Act of 1933 in state court, *Public Employees' Retirement System of Mississippi v. Endo International PLC, et al.,* (Chester Cty., PA 2017). Mr. Goldman also prosecuted a number of insider trading cases brought against company insiders who, in violation of Section 16(b) of the Securities Exchange Act of 1934, engaged in short swing trading.

Mr. Goldman earned his undergraduate degree from the Pennsylvania State University in 1981 and his law degree from the University of Kansas School of Law in 1986. He is a member of the Pennsylvania bar.

**PAUL J. SCARLATO.** Paul Scarlato has concentrated his practice on the litigation of complex class actions since 1989. He has litigated numerous cases under the securities, consumer, antitrust and common law involving companies in a broad range of industries, and has litigated many cases involving financial and accounting fraud.

In securities fraud cases, Mr. Scarlato was one of three lead attorneys for the class in *Kaufman v. Motorola, Inc.,* a securities fraud class action that settled just weeks before trial, and along with Mr. Weinstein of his predecessor firm, was lead counsel in *Seidman v. American Mobile Systems, Inc.,*

3

(E.D. Pa.), a securities class action that resulted in a settlement for the plaintiff class again on the eve of trail. Mr. Scarlato served as co-lead counsel in *In re: Corel Corporation Securities Litigation* (E.D. Pa.). Mr. Scarlato is currently one of the lead lawyers in *Leibovic v. United Shore Financial Services; Afzal v. BMW of North America, LLC*, and *Yao Yi Liu v. Wilmington Trust Company*. He serves on the plaintiffs' Executive Committee in *Vikram Bhatia, D.D.S. v. 3M Company*, Case No. 16-cv-01304 (D. Minn.), and is counsel in *In re Platinum and Palladium Antitrust Litigation,* Case No. 14-cv-09391 (S.D.N.Y), *In re Treasury Securities Auction Antitrust Litigation*, Case No. 15-md-02673 (S.D.N.Y.), and *In re Liquid Aluminum Sulfate Antitrust Litigation*, Case No. 15-7827 (D.N.J.).

Mr. Scarlato graduated from Moravian College in 1983 with a degree in accounting, and received his Juris Doctor degree from the Widener University School of Law in 1986. Mr. Scarlato served as law clerk to the Honorable Nelson Diaz, of the Court of Common Pleas of Philadelphia County, and thereafter as law clerk to the Honorable James T. McDermott, Justice of the Pennsylvania Supreme Court. After his clerkships, and prior to becoming a litigator, Mr. Scarlato was a member of the tax department of a major accounting firm where he provided a broad range of accounting services to large business clients in a variety of industries.

Mr. Scarlato is a member of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and those of various federal district and circuit courts.

**BRIAN D. PENNY**.   Since joining the Firm in 2002, Mr. Penny has focused his practice on class action litigation principally in the areas of antitrust, consumer protection and securities fraud litigation. He was lead counsel in *Mirakay v. Dakota Growers Pasta Co.* (D.N.J. 2013) (alleging false and misleading advertising of pasta products and resulting in a settlement valued at over $23 million); *Logue v. West Penn Multi-Listing Service* (W.D. Pa. 2010) (alleging price-

fixing among brokers and multi-listing service and resulting in $2.75 million settlement); *Allan v. Realcomp II* (E.D. Mich. 2010) (alleging price-fixing among brokers and multi-listing service and resulting in a $3.25 million settlement*); Boland v. Columbia Multi-Listing Service* (D.S.C. 2009) (alleging price-fixing among brokers and multi-listing service and resulting in a $1 million settlement); and *Robertson v. Hilton-Head Multi-Listing Service* (D.S.C. 2009) (alleging price-fixing among brokers and multi-listing service).

Mr. Penny is currently serving as co-lead counsel in *Bradach v. Pharmavite, et. al.* (C.D. Cal. 2014) (alleging false and misleading advertising of vitamin E) and *Spence v. Basic Research LLC, et al.*, 14-cv-4945 (S.D.N.Y.) (alleging false advertising of weight loss pills). Mr. Penny also serves on the executive committees in *In Re NHL Concussion Litigation* (D. Minn. 2014) (alleging league failed to protect players from known risks of concussions), and *In re: Community Health Systems, Inc., Customer Security Data Breach Litigation* (N.D. Ala. 2015) (alleging damages caused by data breach of health care records). He is on the Third Party Discovery Committee in *In re Disposable Contact Lenses Antitrust Litigation*, 15-md-2626 (M.D. Fla.), and is actively engaged as class counsel in *In re: Clobetasol Cases*, 16-CB-27240 (E.D. Pa. 2017) and *In re Lidocaine-Prilocaine*, 16-LD-27242 (E.D. Pa. 2017) where he leads the EPP discovery team in those cases, *In re Broiler Chicken Antitrust Litigation*, 1:16-cv-08637 (N.D. Ill. 2016); and *Bhatia v. 3M Company*, 16-cv-1304 (D. Minn. 2016); *In re Epipen Marketing, Sales Practices and Antitrust Litigation*, 2:17-md-2785 (D. Kan. 2016).

Mr. Penny has also prosecuted numerous securities fraud class actions over the course of his career. He was a key member of the plaintiffs' teams that prosecuted *In re Broadcom Securities Litigation*, which resulted in a settlement of $150 million for the class, and *AOL Time Warner Securities Litigation*, which resulted in a settlement of over $2.5 billion for investors. Mr. Penny

5

was also one of the lead attorneys representing the classes in a number of securities fraud actions arising out of stock option backdating, including, *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement), *In re Mercury Interactive Securities Litigation* ($117.5 million settlement), *In re SafeNet, Inc. Securities Litigation* ($25 million settlement), *Ramsey v. MRV Communications et al.* ($10 million settlement), and *In re Semtech Securities Litigation* ($20 million settlement).

Mr. Penny received his Bachelor of Arts degree from Davidson College, Davidson, North Carolina, in 1997 and earned his Juris Doctor degree from Pennsylvania State University in 2000. After graduating from law school, Mr. Penny served as law clerk to the Honorable John T.J. Kelly, Jr., Senior Judge of the Superior Court of Pennsylvania. He has been named a Super Lawyer or Rising Star each year since 2010.  In 2015, Mr. Penny was one of four finalists for the American Antitrust Institute's Enforcement Award for Outstanding Antitrust Litigation Achievement by a Young Lawyer for his work on *Allen, et al. v. Realcomp Ltd., et al.*

**MELISSA FRY HAGUE**

Melissa Hague has dedicated her career to the successful and diligent prosecution of complex mass tort cases. She is an advocate for consumer rights and victims injured as a result of defective medical devices and pharmaceutical drugs. She was recently appointed by Judge Saylor of the US District Court of Massachusetts to serve on the Plaintiffs' Steering Committee in In Re: Zofran (Ondansetron) Products Liability Litigation, MDL 2657 on behalf of children born with birth defects as a result of in utero exposure to the drug Zofran.

Melissa has represented hundreds of clients who have suffered debilitating injuries caused by metal-on-metal hip implants, knee implants as well as transvaginal mesh implants. As a zealous advocate for her clients, Melissa has developed an intricate level of industry knowledge in this

area of the law relating to the failure to properly design and test medical devices. Her mass tort litigation experience includes:

> *In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, MDL 2327
>
> *In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, MDL 2197
>
> *In re: DePuy Orthopedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, MDL 2244
>
> *In re: Biomet M2A Magnum Hip Implant Products Liability Litigation*, MDL 2391
>
> *In re: Stryker Rejuvenate & ABG II Hip Implant Litigation*, Ber-L-936-13
>
> *In re: Zimmer NexGen Knee Implant Products Liability Litigation*, MDL 2272
>
> *In re: Human Tissue Products Liability Litigation*, MDL 1763

Among her early successes, Melissa was an integral part to the successful resolution of the *In re: Human Tissue Products Liability Litigation*. Melissa successfully represented individual victims who received cadaver bone and tissue that was infected and not properly screened. As part of that litigation, Ms. Hague also represented dozens of families in lawsuits against funeral homes for the mutilation and illegal harvesting of body parts from their deceased loved ones. For her efforts, Melissa was featured with partner Larry Cohan of Anapol Weiss in national news media regarding the Human Tissue litigation.

Melissa currently serves on the Executive Committee for the American Association for Justice (AAJ) as well as the Board of Governors. She is the Immediate Past Chair of the New Lawyers Division for AAJ, she is the current Chair of AAJ's Marketing and Practice Development Committee and was recognized by the President of AAJ for her Distinguished Service in 2017.

She is also a supporter of EndDD.org where she speaks to high school students in her community as well as other communities about the dangers of distracted driving.

Melissa has been named a Rising Star in Pennsylvania Super Lawyers® since 2013. She was also selected for the state of New Jersey as The National Trial Lawyers: Top 40 Under 40 members, an elite group of the top attorneys under the age of 40 who have demonstrated excellence in their field.

### THE FIRM'S ASSOCIATE

**DOUGLAS J. BENCH, JR.** Mr. Bench earned his Bachelor of Arts degree from the University of Pittsburgh and his Juris Doctor from Cornell Law School. Prior to joining the Firm in 2012, Mr. Bench served as a Death Penalty Law Clerk for the U.S. District Court in the Western District of Pennsylvania from 2010-2012. He was in private practice from 2008-2010 in Johnstown, Pennsylvania, and taught undergraduate macro and micro economics at the University of Pittsburgh, Johnstown campus, from 2006-2008.

As a result of his economics background, Mr. Bench is naturally interested in antitrust violations, consumer fraud, and the market inefficiencies these violations engender. Mr. Bench primarily focuses on antitrust and consumer class actions. Representative cases include: *Kaufman v. CVS Caremark Corp.*, (D. R.I. 2014) (alleging consumer protection violations); *Weintraub v. Pharmavite*, (C.D. Cal. 2014) (same); *Mirakay v. Dakota Growers Pasta Co., Inc.* (D. N.J. 2013) (alleging unfair trade practices and false advertising); *In re Nexium (Esomeprazole) Antitrust Litigation* (D. Mass. 2012) (alleging generic suppression claims on behalf of end-payors); *In re Ductile Iron Pipe Fittings (DIPF) Direct Purchaser Antitrust Litigation* (D.N.J. 2012) (alleging price fixing in the market for DIPF); *Allan v. Realcomp II* (E.D. Mich. 2010) (alleging antitrust violations) ($3.25M settlement pending approval); *Boland v. Columbia Multi-Listing*

8

*Service* (D.S.C. 2009) (antitrust) ($1M settlement); *Robertson v. Hilton-Head Multi-Listing Service* (D.S.C. 2009) (antitrust) (settled on claims-paid basis).

Mr. Bench has authored the following law review articles: Douglas J. Bench, *Collateral Review of Career Offender Sentences: The Case for* Coram Nobis, 45 U. MICH. J. L. REFORM 155 (2011); Douglas J. Bench, *What Constitutes a Violent Felony After* Begay?, 67 J. MO. B. 209 (2011).