IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTUIT DATA LITIGATION | Master Docket No. 15-CV-1778-EJD-SVK |
| THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | **DECLARATION OF JOSEPH J. SIPRUT**<br>Honorable Edward J. Davila |

I, Joseph J. Siprut, declare as follows:

1. I am the founder and managing partner with the firm Siprut, P.C. located at 17 North State Street, Suite 1600, Chicago, Illinois, and have served as Interim Lead Counsel in this case. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge unless otherwise indicated.

2. I am a member in good standing of the bar of the State of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Wisconsin, the United States Courts of Appeals for the Second, Sixth, Seventh and the Eleventh Circuits, and the United States Supreme Court. I am not under suspension, nor have I ever been suspended or disbarred from any court.

1

3.     Siprut PC is an established leader in the class action arena. The firm has been recognized for its "high-stakes, high-profile cases against large defendants." Siprut PC was named to the National Law Journal "Hot List" of Plaintiffs' law firms in 2016, one of only 12 law firms in the United States to receive this distinction. As federal courts have further recognized in appointing the firm and its attorneys as lead counsel in some of the most prominent class cases in the country, Siprut PC has "substantial class action experience [and has served] as lead counsel" in myriad class litigation. *In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation*, Case No. MDL 13-cv-9116 (N.D. IL). The firm's recent settlements and leadership appointments include the following:

- *Racies v. Quincy Bioscience* (Case No. 15-cv-00292-HSG, N.D. CA): Appointed co-lead counsel in certified class action relating to deceptive label statements on brain health supplement.  Motion for preliminary approval of class-wide settlement granted.

- *West, et al. v. Act II Jewelry, LLC and Victor Kiam* (Case No. 15-cv-05569, N.D. IL): Appointed lead counsel in nationwide class action relating to deceptive marketing practices in the sale of Lia Sophia jewelry, and claims on behalf of Lia Sophia sales advisors. Motion for final approval of $6.7 million cash settlement granted.

- *Duqun v. Scottrade, Inc.* (Case No. 15-cv-1537-SPM, E.D. MO): Appointed co-lead counsel in nationwide class action relating to data breach and appropriation of customer information.

- *Jones v. Wal-Mart Stores, Inc. et al.* (Case No. 14-cv-06305-LDW-ARL, E.D.N.Y.):
Appointed co-lead counsel in nationwide class action relating to millions of contaminated baby wipes manufactured by Nutek and sold to consumers nationwide. Motion for preliminary approval of class-wide settlement granted.

- *Korolshteyn v. Costco Wholesale Corporation* (Case No. 3:15-cv-00709, S.D. CA): Appointed co-lead counsel in nationwide class action relating to Costco's ginko biloba supplements.

- *Mullins v. Direct Digital LLC* (Case No. 15-1776, N.D. IL): Appointed co-lead counsel in nationwide class action relating to Direct Digital's Instaflex joint health supplements. $4.5 Million cash settlement granted final approval.

2

- *Mednick v. Precor Inc.* (Case No. 1:14-cv-03624, N.D. IL): Appointed co-lead counsel in nationwide class action against Precor relating to Precor treadmills purporting to measure heart rate.

- *Douglas v. Western Union Company* (Case No. 14-cv-01741, N.D. IL): Appointed lead counsel in nationwide class action asserting claims under the Telephone Consumer Protection Act. Motion for preliminary approval of $8.5 Million cash settlement granted.

- *Chimeno-Buzzi v. Hollister Co. et al.* (Case No. 14-cv-23120-MGC, S.D. FL.): Appointed co-lead counsel in nationwide class action asserting claims under the Telephone Consumer Protection Act. $10 Million cash settlement granted final approval.

- *In re Southwest Airlines Voucher Litigation* (Case No. 11-cv-8176, N.D. IL): Appointed lead counsel in nationwide class action relating to Southwest's unilateral cancellation of drink vouchers paid for by business select travelers. Settlement valued at $29 Million granted final approval, and then affirmed by the Seventh Circuit on appeal.

- *In re Energizer Sunscreen Litigation*, (Case No. 13-cv-00131, N.D. IL): Appointed lead counsel in nationwide class action relating to defective sunscreen nozzles manufactured by Energizer. Settlement valued up to $200 Million granted final approval.

- *In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation* (Case No. MDL 13-cv-9116, N.D. IL): Appointed co-lead counsel in consolidated MDL litigation against the NCAA on behalf of current and former collegiate athletes related to concussions and head injuries. Landmark settlement of $75 million cash and injunctive relief granted preliminary approval.

- *Illinois Nut & Candy Home of Fantasia Confections, LLC v. Grubhub, Inc., et al.* (Case No. 14-cv-00949, N.D. IL): Appointed lead counsel in nationwide class action relating to unsolicited facsimile transmissions by Grubhub, in violation of the Telephone Consumer Protection Act. Settlement of $2 million granted final approval.

4. Prior to filing suit, our firm researched the circumstances surrounding the account takeover refund fraud and the stolen identity refund fraud, the possible legal theories to remedy such fraud, spoke to and screened numerous potential clients, and conferred with other counsel re legal strategy, resources, and coordination of joint efforts to file and prosecute this litigation.

5. Based on my experience and knowledge about this case, I believe that the Settlement is in the best interests of the class, represents a fair and reasonable compromise, and should be approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2018 at Chicago, Illinois.

<u>s/ Joseph J. Siprut</u>

4