UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUIT DATA LITIGATION | ) Master Docket No. 15-CV-01778-EJD )<br>)<br>)<br>) |

**DECLARATION OF STEVEN TEPPLER IN SUPPORT OF SETTLEMENT**

Steven W. Teppler, hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 as follows:

1. I lead the Complex and Technology Related Litigation practice at the Abbott Law Group. Abbott Law Group's offices are located in Jacksonville Florida; however, the firm's practice is nationwide. Abbott Law Group is comprised of outstanding trial lawyers who have recovered multiple seven figure verdicts. Importantly, Abbott Law Group attorneys are also engaged in both practice and educational activities in connection with The Florida Bar, the American Bar Association, and various law schools. Abbott Law Group attorneys have extensive involvement in engaged in cutting edge litigation involving cybersecurity, computer forensics, and electronic discovery.

2. My practice – which spans over 37 years, began with a small commercial law firm in New York City, and has also included in-house finance-related positions at Smith Barney Harris Upham, and the Federal National Mortgage Association. I hold six patents in the field of cryptography, began my involvement in electronic discovery in 1998, and have been involved in technology related litigation since 1999. I have been involved in class action and mass tort matters since 2009. Drawing from this varied experience, I started the complex litigation practice

1

at the Abbott Law Group in 2014, and have since represented consumers, businesses, and municipalities in a numerous class actions involving such diverse claims and topics as data breaches, defective pharmaceutical and other products, common law fraud, deceptive trade practices, and consumer privacy. The following are representative matters in which I am or have been involved.

3. I have been appointed to serve on the Plaintiffs' Steering Committee (discovery and electronic discovery) in *In re: Onglyza (Saxagliptin) and Kombiglyze XR (Saxagliptin and Metformin) Products Liability Litigation*, MDL 2809 (E.D. Ky.)

4. I serve as a member of the Plaintiffs' Steering Committee (electronic discovery) in *In Re: Benicar (Olmesartan) Products Liability Litigation*, MDL 2606 (D. N.J.), and in the related New Jersey complex matter *Rahman et al., v. Daiichi Sankyo, Inc., et al.* Consolidated Docket No. ATL-L-504014, where I negotiated the stipulations directed to protocol for the discovery of electronically stored information, search terms and methodology context, and protective orders.

5. I serve as co-lead counsel in *Surfside Non-Surgical Orthopedics P.A. v. Allscripts Healthcare Solutions, Inc.*, 18-cv-00566 (N.D. Il.), and representing a proposed class of healthcare providers who suffered prolonged significant or total business interruption as a result of a "ransomware" attack incident affecting defendant Allscripts. I also direct, on behalf of Plaintiff and the proposed class, negotiations involving electronic discovery, search terms and methodology, and other early discovery related context-setting stipulations.

6. I serve as co-counsel in *Orr, et al., v. International Hotels Group, PLC, et al.*, 17-cv-01622 (N.D. Ga.), a data breach matter which resulted in payment card information used to make fraudulent debit card charges.

7. I serve as co-counsel for the City of Sarasota, Florida and the City of Palmetto, Florida in *In re*: *National Prescription Opiate Litigation*, MDL 2804 (N.D. Ohio). I previously represented the City of Sarasota in *In Re: Oil Spill Rig by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL 2179 (E.D. La.)

8. I serve as co-counsel in *In re: vTech Data Breach Litigation*, 1:15-CV-10889 (N.D. IL.), a data breach case involving a high technology interactive product and service that exposed children's' names, dates of birth, pictures and addresses to the world.

9. I served as lead counsel in *Archer-Hayes, et al., v. Toytalk Inc., and Mattel, Inc. et al.,* BC-603467 (L.A. Sup. Ct.), which involved an artificial intelligence-enhanced interactive doll that recorded, collected, stored and used recordings of children's voices without their consent. The complaint alleged that the recording, collection and non-consensual use of these recording violated various consumer fraud statutes as well as the Child Online Privacy Protection Act (COPPA) 15 U.S.C. § 6501 *et. seq.*

10. I represented the Illinois Consumer Class plaintiff *In re Target Corporation Customer Data Security Breach Litigation,* MDL No. 2522 (D. Minn.) and assisted in the discovery process for that plaintiff. The settlement in the Target consumer litigation, which received final court approval in 2015 (now on appeal, oral argument has been held), provides a $10 million non-reversionary fund for distribution to consumers and important equitable relief to protect consumers' privacy rights.

11. I am currently a member in good standing of the bars of Florida, New York, Illinois, and the District of Columbia, and of all the bars to which I have been admitted, including the United States Supreme Court, the United States Court of Appeals for the Second, Eleventh and District of Columbia Circuits, the United States District Courts of the Northern, Middle and Southern Districts of Florida, the Southern, Eastern, and Western Districts of New York, the District of Columbia, and the Northern District of Illinois.

12. I teach Electronic Discovery and Information Governance as an Adjunct Professor at Nova Southeastern University School of Law and at Ave Maria Law School and have written extensively on issues pertaining to the discovery, preservation, authentication and security of electronically stored information.

13. I am the current co-chair of the American Bar Association ("ABA") Information Security Committee, a member (and founding past-co-chair) of the ABA's Internet of Things Committee, a member and founding past co-chair of the ABA's Electronic Discovery and Digital Evidence Committee. I am also member and co-chair of the Electronic Discovery Committee of Business Law Section of the Florida Bar, which contributed to the drafting of the 2012 electronic discovery amendments to the Florida Rules of Civil Procedure. I am also a past co-chair and newly appointed current member (as of July 2018) of the Florida Bar's Standing Committee on Professional Ethics. During my prior service on (and during 2013-2014 as an advisor to) that committee, I made substantial contributions to four professional ethics advisory opinions directed to technology related issues (AO-06-2 [Metadata Mining]; AO-07-2 [Offs Since approximately 1997, the majority of my practice has focused on electronic discovery and digital evidence issues in various litigation arenas, including commercial litigation, mass torts and privacy based class action litigation. Since 2008, I have represented consumers in numerous

4

unfair and deceptive practice, privacy rights, telephone consumer privacy act and data breach cases, including Lofton v. Bank of America Corp., et al., 07-cv-05892 (N.D. Cal.) Silverbach, et al. v. Countrywide Financial Corp. et al., 2008 BC-398509 (Cal. Sup. Ct.), v. J.P. Morgan Chase Bank, NA, 09-cv-2708 (N.D. Cal.), Gawronski v. Amazon.com, Inc., et al., (D. Wash.), Claridge, et al. v. Rockyou, Inc., 09-cv-6032 (N.D. Cal.), Earl, et al. v. eBay Inc., 10-3089-CV-S-RED (W.D. Mo.), Kramer, et al. v. Autobytel, 10-cv-02722 (N.D. Cal.), Gomez, et al. v. Campbell Ewald, Inc., CV-10-2007 (C.D. Cal.), Deacon, et al. v. Pandora Media, Inc., 11-cv-4674 (N.D. Cal.), Dunstan, et al. v. Comscore, Inc., 11-cv-5807 (N.D. Ill.), Batchelor, et al. v. AOL, Inc. 12-cv-00963 (S.D.N.Y.), Curry, et al. v. AvMed, Inc., et. al., 10-cv-24513, rev'd and remanded, Curry, et al., v. AvMed, Inc. Schulken, et. al.,693 F.3d 1317 (11th Cir. 2012). I was counsel for the Illinois consumer class representative in the (now settled) Target data breach MDL, and represent the city of Sarasota, Florida in In re: Oil Spill by the Oil Rig "Deepwater Horizon," (MDL 2179).

14. Currently, I am serving as a member of the Plaintiff's' Steering Committee (Electronic Discovery) in In re: Benicar (Olmesartan) Products Liability Litigation (MDL 2606) , and currently representing clients in the IN RE: Premera Blue Cross Customer Data Security Breach Litigation, (MDL 2633), and in McDowell, et al., v. CGI Group, et.al, 15-cv-01157 (D.D.C.)

15. My background is in information security (where I hold 6 patents involving cryptographically robust data authentication systems and methods). Between 1998 and 2004, I founded was the CEO of TimeCertain, LLC, a provider of content authentication software and hardware solutions. I am currently the co-chair of the American Bar Association Science and Technology Division's Internet of Things Committee. Between 2008 and the August 2015, I was

the co-chair of the ABA Sci-Tech Division's Electronic Discovery and Digital Evidence Committee. Between 2001 and 2008 I was a member of the ABA Sci-Tech's Information Security Committee.

16. I am an adjunct professor of law and have taught electronic discovery and information governance courses since 2012 at the Ave Maria School of Law, Florida Coastal School of Law, and will teach a Fall 2015 Electronic Discovery Workshop at Nova Southeastern University, Shepard School of Law. In addition, I have been a presenter or speaker at numerous seminars on electronic discovery issues as they relate to class action and mass tort litigation

17. During our pre-filing activities and research, we investigated inquiries from nearly two dozen potential tax refund fraud victims from mutiple states, researched and analyzed their records, the types of identity and credit compromise through the records sent to us by these victims, and available news and other research sources that shed light on their respective claims.

18. I have served as a member of the Plaintiffs' Executive Committee in this matter, and based on my experience and knowledge about this case, I believe the settlement is in the best interests of class, represents a fair and reasonable compromise and should be approved.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of August, 2018 at Jacksonville, Florida.

By: /s/ Steven W. Teppler
Steven W. Teppler, Esq.