Cary Kocher
712 Miner St
Ann Arbor MI 48103

THE COURT
Clerk of the Court
USDC, Northern District of California
280 South 1st Street, Room 2112
San Jose, CA 95113

THE SETTLEMENT ADMINISTRATOR
In re Intuit Data Litigation
c/o JND Legal Administration
PO Box 91348
Seattle, WA 98111

In Re: Intuit Data Litigation, Case No. 15-cv-1778-EJD

OBJECTION TO SETTLEMENT

November 23, 2018

RECEIVED
DEC 03 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

To Whom It May Concern:

I am a class member of the above case, by virtue of my use of TurboTax products over the past five years. I am notified a few times a year of my eligibility as a Class Member in various litigation, and I pay attention and participate. The typical outcome is nominal, disappointing results for the Class, contrasted with fabulous fees for the legal firm representing the Class. This is my first time objecting outright to the proposed settlement of such litigation.

I do not intend to appear at the Final Approval Hearing due to the enormous expense of doing so. If travel expenses could be covered, I would be most eager to attend.

**I OBJECT to the settlement because of the paltry and marginally useful benefit extended– only to those who opt in–against the fantastic fees that the attorneys will collect without a significant benefit passed along to the Class. I feel the court should not approve this settlement.**

The injuries I have incurred as a result of the Intuit data problem include:

- The inability to e-file my tax return for the foreseeable future;
- The need to learn about, initiate, and undertake fraud reporting with the US Government;
- The need to replace credit cards which may or may not be related to this data breach;
- A delay in receiving tax refunds; and
- A general sense of anxiety and dread, anticipating the next identity or credit breach.

The proposed benefit, 2 years of TransUnion credit monitoring, is an offer to enlist with a nebulous service that carries a shockingly high retail price and is of dubious utility to the client. This benefit does little to address any of my injuries at all.

**More relevant, fair, or appropriate benefits might include:**

- A full refund of TurboTax for the years affected;
- A voucher for the next two years of TurboTax;
- An offer of personal credit restoration and/or tax filing status assistance by a *human* expert, or a reimbursement for the same; or
- A straight cash benefit of no less than $100 per class member.

Thank you for your consideration.

Sincerely,

*[signature]*

Cary Kocher