November 27, 2018



Clerk of the Court
USDC, Northern District of California
280 South 1st Street, Room 2112
San Jose, CA 95113

RE: (In re Intuit Data Litigation, Case No. 15-cv-1778-EJD)

We have been notified by JND Legal Administration via the US Postal Service that we have been identified as a part of the "Class" involved in the litigation named above.

We are writing today to object to the Settlement of the above Case on the grounds that the Settlement negotiated by Intuit is insignificant in comparison to the damages caused by their lack of security.

My wife and I, married and filing jointly, were notified by the IRS in July, 2015, that an attempt to impersonate us on a federal tax return for 2014 had been received in an effort to obtain any income tax refund. We have always hired a Certified Public Accountant to prepare and file our returns, and have never purchased or utilized Intuit or TurboTax service for any reason, so we were shocked to learn that Intuit/TurboTax had the ability to compromise the integrity of the Internal Revenue Service! Every year since then we have had to use another layer of security provided by the IRS in order to protect ourselves from further identity theft.

Due to Intuit's obvious, if not intentional, lack of security, we have been subjected to three plus years of fear, inconvenience, and wasted time while trying to protect ourselves from further losses. We have been advised by the IRS to continue using their Identity Protection for the foreseeable future.

Therefore, we respectfully request that ALL persons identified as part of the "Class" be compensated at the same level as the named "class representatives." Perhaps this penalty will insure that Intuit will take every precaution available from here on to protect the identities of ALL persons susceptible to the misuse of Intuit's products and/or services. **At the very least we request that WE receive the same "service awards" as the class representatives.**

We do not intend to appear at the Final Approval Hearing.

Sincerely,

*[signature]*

David and Javonna Earsom
1126 West Broadway Ave.
Sulphur OK 73086
580-622-5513
Personal ID# 6EF9B-BZ53C

