Ariana J. Tadler (*Pro Hac Vice*)
atadler@tadlerlaw.com
**TADLER LAW LLP**
One Pennsylvania Plaza
New York, NY 10119
T: 929-207-3639
F: 212-273-4375

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE INTUIT DATA LITIGATION | Master Docket No. 15-CV-1778-EJD-SVK |
| THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | **NOTICE OF CHANGE OF COUNSEL AFFILIATION**<br><br>Judge: Honorable Edward J. Davila |

**TO THE CLERK OF THE COURT, THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that pursuant to U.S. District Court, Northern District of California, Local Rule 5-1(c)(2) that the following attorneys have left the law firm of Milberg Tadler Phillips Grossman, LLP: (1) Ariana J. Tadler, Court-appointed Member of the Plaintiffs Executive Committee (*see* ECF No. 39 (Stipulation and Pretrial Order No. 1)), and (2) Henry J. Kelston. These attorneys are now affiliated with Tadler Law LLP.

Ariana J. Tadler and Henry J. Kelston will continue to represent plaintiffs in this action at Tadler Law LLP, along with other counsel and court-appointed counsel in this case.

| | |
|---|---|
| Dated: June 18, 2019 | Respectfully submitted,<br><br>/s/ *Ariana J. Tadler*<br>Ariana J. Tadler (*Pro Hac Vice*)<br>atadler@tadlerlaw.com<br>**TADLER LAW LLP**<br>One Pennsylvania Plaza<br>New York, NY 10119<br>T: 929-207-3639<br>F: 212-273-4375<br><br>*Member of Plaintiffs' Executive Committee* |